ACCEPTED
03-15-00430-CV
7119989
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/28/2015 10:56:48 AM
JEFFREY D. KYLE
CLERK

# NO. 03-15-00430-CV

## In The
## Third Court of Appeals

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/28/2015 10:56:48 AM
JEFFREY D. KYLE
Clerk

### AT AUSTIN, TEXAS

Sanadco Inc., Mahmoud A. Isba, Broadway Grocery, Inc., Shariz, Inc., Ruby & Sons Store, Inc., and Rubina Noorani,

**APPELLANTS**

**VS.**

The Office of the Comptroller of Public Accounts; Glenn Hegar, in his individual and official capacities as Comptroller of Public Accounts for the State of Texas; and Ken Paxton in his official capacity as Attorney General of the State of Texas,

**APPELLEES**

_____

**Appeal From Cause No D-1-GN-13-004352**
**The 250th District Court Of Travis County, Texas**
**The Honorable Karin Crump, Presiding**

_____

## APPELLANT'S ABATEMENT STATUS REPORT

---

**TO THE HON0RABLE THIRD COURT OF APPEALS:**

NOW COME SANADCO INC, MAHMOUD AHMED ISBA, BROADWAY GROCERY, INC., SHARIZ, INC., RUBY & SONS STORE, INC., AND RUBINA NOORANI, Appellants in the above-referenced cause, and submit the following status report as ordered by the court in its Memorandum Opinion of August 27, 2015, and reports the following:

1. On September 13, 2005, Appellants propounded its first discovery to Appellee Glenn Hegar, including a Request for Disclosure, First Set of Interrogatories, Request for Admissions and Request for Production.

2. On September 21, 2015, Appellees filed its *First Amended Answer and Plea to the Jurisdiction*, asserting that this court's opinion in *Sanadco, Inc. v. Office of the Comptroller*, 2015 WL 1478200 (Tex. App.—Austin March 25, 2015, pet filed) (mem. op.) has already addressed and disposed of the jurisdictional issues here—by concluding that the district court lacked subject-matter jurisdiction over the taxpayer's APA and UDJA claims because Appellants failed to comply with the pre-payment prerequisites of Chapter 112 of the Texas Tax Code.

3. Appellants have not yet filed a responsive pleading, but intends to file a Motion for Summary Judgment challenging these jurisdictional assertions within the next two weeks.

4. On September 25, 2015, the Texas Supreme Court denied, without opinion, the petition for review in *Sanadco* which could affect the jurisdictional issues raised in the instant case. Appellants' attorney—who is also the attorney in *Sanadco*—intends to file a Motion for Rehearing which is due on or before October 12, 2015.

5. The Plea to the Jurisdiction in this cause has been set for hearing on October 22, 2015, and may be dispositive of all the issues involved in this case.

6. As the Motion for Summary Judgment and Plea to the Jurisdiction may potentially yield a final judgment in the trial court, Appellants would respectfully request the court to extend the abatement of this appeal for an additional 90 days to allow for rendition of a final judgment and filing and resolution of post judgment motions, if necessary.

**ALL PREMISES CONSIDERED**, Appellants respectfully request this Court to extend the abatement of this appeal for an additional 90 days to December 28, 2015 to permit conclusion of trial on the merits in this cause.

Respectfully submitted,

By: /s/ Samuel T Jackson
*Law Office of*
*Samuel T. Jackson*
Texas Bar No. 10495700

2315 Vernell Way
Round Rock, TX 78664-4617
Mob. (512) 924-5794
Tel. (512) 692-6260
Fax. (866) 722-9685
FOR APPELLANTS
Email: jacksonlaw@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify by my signature above that a true and correct copy of the above and  foregoing instrument was served on the parties or their attorneys **via facsimile**, certified  mail, return receipt requested, and/or hand delivery on September 28, 2015, in accordance with  the Texas Rules of Appellate Procedure, to the following:

**JACK HOHENGARTEN**
Assistant Attorney
General  State Bar No.
09812200 Office of the
Attorney General
Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 475-3503
Fax: (512) 477-2348
jack.hohengarten@texasattorneygeneral.gov
**Attorney for Appellees**